**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br>Master Docket Case No. 1:14-cv-01748<br>Honorable Matthew F. Kennelly |
| **THE ESTATE OF JEFFERY WAYNE WOODS, DECEASED; LIZANNE WOODS ON BEHALF OF THE ESTATE OF JEFFERY WAYNE WOODS, DECEASED;** and **LIZANNE WOODS**,<br><br>         Plaintiffs<br><br>v.<br><br>**ELI LILLY AND COMPANY, LILLY USA LLC, ACRUX COMMERCIAL PTY LTD.,** and **ACRUX DDS PTY LTD.**<br><br>         Defendants | Case No.:     3:18-cv-970 |

**MASTER SHORT-FORM COMPLAINT
FOR INDIVIDUAL CLAIMS**

1. Plaintiffs The Estate of Jeffery Wayne Woods, deceased; Lizanne Woods on behalf of The Estate of Jeffery Wayne Woods, deceased; and Lizanne Woods, individually state and incorporate by reference the portions indicated below of Plaintiffs' Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In re: Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2545. Plaintiffs are filing this Short Form Complaint as permitted by Case Management Order No. 20 of this Court for cases filed directly into this district.

2. In addition to the below-indicated portions of the Master Long Form Complaint adopted by the Plaintiffs and incorporated by reference herein, Plaintiffs hereby allege as follows:

## VENUE

3. Venue for remand and trial is proper in the following federal judicial district: **The District of South Carolina**.

### IDENTIFICATION OF PLAINTIFFS AND RELATED INTERESTED PARTIES

4. Name and residence of individual injured by Testosterone Replacement Therapy product(s) ("TRT"):

> **Jeffery Wayne Woods**
> **(formerly of:)**
> **409 Avery Street**
> **Garner, North Carolina 27529**

5. Consortium Claims: The following individuals allege damages for loss of consortium:

> **Lizanne Woods**

6. Survival and/or Wrongful Death claims:

   a. Name and residence of Decedent when he suffered TRT-related injuries and/or death:

   > **Jeffery Wayne Woods**
   > **409 Avery Street**
   > **Garner, North Carolina 27529**

   b. Name and residence of individual(s) entitled to bring the claims on behalf of the decedent's estate (e.g., personal representative, administrator, next of kin, successor in interest, etc.)

   > **Lizanne Woods**
   > **587 Fisherman's Bend**
   > **Mount Pleasant, South Carolina 29464**

### CASE SPECIFIC FACTS REGARDING TRT USE AND INJURIES

7. Plaintiff currently resides in (city, state):

> **The Estate of Jeffery Wayne Woods: Wake County, NC**
>
> **Lizanne Woods: Mount Pleasant, SC**

8. At the time of the TRT-caused injury, Decedent resided in (city, state):

> **Garner, North Carolina**

9. Decedent began using TRT as prescribed and indicated on or about the following date: **November 2006**

10. Decedent discontinued TRT use on or about the following date:

**Some time between December 2015 and February 2016**

11. Decedent used the following TRT products:

- ☐ AndroGel
- ☑ Testim
- ☑ Axiron
- ☐ Depo-Testosterone
- ☐ Androderm
- ☐ Testopel
- ☐ Fortesta
- ☐ Striant
- ☐ Delatestryl
- ☐ Other(s) (please specify): _____

12. Plaintiffs are suing the following Defendants:

- ☐ AbbVie Inc.
- ☐ Abbott Laboratories
- ☐ AbbVie Products LLC
- ☐ Unimed Pharmaceuticals, LLC
- ☐ Besins Healthcare Inc.
- ☐ Besins Healthcare, S.A.
- ☐ Endo Pharmaceuticals, Inc.
- ☐ Auxilium Pharmaceuticals, Inc.
- ☐ GlaxoSmith Kline, LLC
- ☐ Actavis, Inc.
- ☐ Actavis Pharma, Inc.
- ☐ Actavis Laboratories UT, Inc.
- ☑ Eli Lilly and Company
- ☑ Lilly USA, LLC.
- ☑ Acrux Commercial Pty Ltd.
- ☑ Acrux DDS Pty Ltd.
- ☐ Anda, Inc.

- ☐ Pfizer, Inc.
- ☐ Pharmacia & Upjohn Company Inc.

Other(s) (please specify):

**None**

---

*Jeffery Wayne Woods, et al. v. Auxilium Pharmaceuticals, Inc., et al.*
**SHORT FORM COMPLAINT WITH JURY DEMAND** Page **3** of **5**

13. Plaintiffs are bringing suit against the following Defendant(s) who did not manufacture TRT and only acted as a distributor for TRT manufacturers:

**None**

    a. TRT product(s) distributed: **(not applicable)**

    b. Conduct supporting claims: **(not applicable)**

14. TRT caused serious injuries and damages including but not limited to the following:

**Death caused by an Acute Anterior Wall Myocardial Infarction**

15. Approximate date of TRT injury:

**On or about February 6, 2016**

### ALLEGATIONS, CLAIMS, AND THEORIES OF RECOVERY ADOPTED AND INCORPORATED IN THIS LAWSUIT

16. Plaintiffs hereby adopt and incorporate by reference as if set forth fully herein, all common allegations contained in paragraphs 1 through 466 of the Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In re: Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2545.

17. Plaintiffs hereby adopt and incorporate by reference as if set forth fully herein, the following damages and causes of action of the Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In re: Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2545:

    ☑      Count I – Strict Liability – Design Defect

    ☑      Count II – Strict Liability – Failure to Warn

    ☑      Count III – Negligence

    ☑      Count IV – Negligent Misrepresentation

    ☑      Count V – Breach of Implied Warranty of Merchantability

| | |
|---|---|
| ☑ | Count VI – Breach of Express Warranty |
| ☑ | Count VII – Fraud |
| ☑ | Count VIII – Redhibition |
| ☑ | Count IX – Consumer Protection |
| ☑ | Count X – Unjust Enrichment |
| ☑ | Count XI – Wrongful Death |
| ☑ | Count XII – Survival Action |
| ☑ | Count XIII – Loss of Consortium |
| ☑ | Count XIV – Punitive Damages |
| ☑ | Prayer for Relief |
| ☐ | Other State Law Causes of Action as Follows: |

### JURY DEMAND

Plaintiffs demand a trial by jury as to all claims in this action.

Dated this Sixth day of February, 2018.

RESPECTFULLY SUBMITTED
ON BEHALF OF PLAINTIFFS,

*/s/ James G. O'Brien*
Signature

OF COUNSEL:
(name) James G. O'Brien (Ohio 0088460, Cal. 308239)
(firm) ZOLL & KRANZ, LLC
(address) 6620 W. Central Avenue, Suite 100
Toledo, Ohio 43617
(phone) (419) 841-9623
(email) jim@toledolaw.com